United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| **Cedar Springs Homeowners Association, Inc.,**<br>   Plaintiff, | )<br>)<br>)<br>)<br>) |
| v. | ) Case No. SA-23-CV-321 |
| **Secretary of Housing & Urban Development,**<br>   Defendant. | )<br>)<br>) |

## Notice of Removal

On behalf of the Department of Housing and Urban Development (HUD), the United States of America by and through the undersigned Assistant United States Attorney, hereby files its Notice of Removal with this Court removing the above entitled action now pending as Cause No. 2022CI124813 in the 408th Judicial District Court, Bexar County, Texas. In support of this Notice of Removal, the United States shows as follows:

1. On December 29, 2022, an action was filed as Cause No. 2022CI124813 in the 408th Judicial District Court, Bexar County, Texas, entitled *Cedar Springs Homeowners Association, Inc. v. the Secretary of Housing and Urban Development.* Plaintiff, Cedar Springs Homeowners Association, Inc. (the "HOA") filed an action to foreclose property presently owned by HUD to collect about $3,000 in unpaid homeowners' association dues. A copy of Plaintiff's petition is attached as **Exhibit A**.

2. The subject of the state court action concerns real property and appurtenances located at 9422 Gray Sage in Helotes, Texas 78023 (the "Property")

3.     The sole Defendant is the owner of the Property, HUD.  There is no provision under federal law that permits *any* party to foreclose on property owned by the United States.  The closest statutory analogue is 28 U.S.C. § 2410, which permits the United States to be named as a party in a judicial foreclosure when it claims a mortgage or other lien.  *See* 28 U.S.C. § 2410(a).[1]

4.     Any action brought under 28 U.S.C. § 2410 against the United States in any State court may be removed by the United States to the district court of the United States for the district and division in which the action is pending. 28 U.S.C. § 1444.  Additionally, no civil action of which the district courts of the United States have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States may be removed from State court to the federal district court of the United States. 28 U.S.C. § 1441(a). Federal tax liens arise under Title 26 of the United States Code, and federal district courts have original jurisdiction over federal taxes under 28 U.S.C. §§ 1331, 1340, 1346 and 2410. Additionally, any civil action against the United States or any agency thereof may be removed from State court to the federal district court of the United States for the district and division embracing the place where the State court action is pending.  28 U.S.C. § 1442(a)(1).  Accordingly, removal under Section 1441, 1442 and 1444 is proper and may be effectuated by the filing of this Notice of Removal.  28 U.S.C. §1446(a).

6.     In accordance with 28 U.S.C. § 1446(a), a copy of the Original Petition and the Request for Process filed in the state court action is attached as **Exhibit A**.  In accordance with 28 U.S.C. § 1446(d), a copy of the Notice of Filing of Notice of Removal will be filed with the Bexar County Clerk, Bexar County, Texas, and a true and correct copy is attached hereto and marked as

---

[1] 28 U.S.C. § 2410 requires service of the United States attorney for the district in which the action is pending as well as certified mailing to the United States Attorney General.  Neither has been done in this case, and thus the United States is not yet properly served.

**Exhibit B**. Pursuant to Local Rule CV-3(a), a JS-44 civil cover sheet is attached as **Exhibit C**. Because this case is being initiated via removal, a supplement to JS-44 is attached as **Exhibit D**.

WHEREFORE, United States of America provides this Notice that the action now pending in the 408th Judicial District Court, Bexar County, Texas, against Defendant Secretary of Housing and Urban Development is removed to this Court.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: /s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Telephone: (210) 384-7259
Facsimile: (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

**ATTORNEYS FOR UNITED STATES**

## CERTIFICATE OF SERVICE

      I hereby certify that on **March 15, 2023**, a true and correct copy of the United States of America's Notice of Removal was electronically filed and served electronically, if available, and by United States Postal Service certified mail, return receipt requested, addressed to:

Michael B. Thurman
Zachary B. Aoki
THURMAN & PHILLIPS
4093 De Zavala Road
San Antonio, Texas 78249
***Attorney for Plaintiff***

                                              */s/ Steven E. Seward*
                                              **STEVEN E. SEWARD**
                                              Assistant United States Attorney